1

2

3

4

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9   RAQUEL KUHNHAUSEN, et al.,        )
                                      )       2:06-cv-1062-GEB-DAD
10                   Plaintiffs,       )
                                      )
11            v.                       )
                                      )       ORDER CONTINUING STATUS
12   ROBERT DWYER, et al.,            )       (PRETRIAL SCHEDULING)
                                      )       CONFERENCE
13                   Defendants.       )
    _____)

14

15           Plaintiffs' Status Report filed August 14, 2006, reflects

16   that a Motion for a Change of Venue has been filed in this action, and

17   requests "that the Court reserve scheduling of future proceedings

18   until Plaintiffs' Motion to Transfer Venue has been decided." (Pls.'

19   Status Report at 2.)  Accordingly, the Status (Pretrial Scheduling)

20   Conference previously scheduled for August 28, 2006, is reset to

21   commence at 9:00 a.m. on November 6, 2006.  The parties shall file a

22   joint status report no later than October 23, 2006, in accordance with

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

1  the Order Setting Status (Pretrial Scheduling) Conference filed

2  May 15, 2006.[1]

3          IT IS SO ORDERED.

4  Dated:  August 16, 2006

5

6                              /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
7                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          [1]    The failure of one or more of the parties to participate in
    the preparation of the Joint Status Report does not excuse the other
26  parties from their obligation to timely file a status report in
    accordance with this Order.  In the event a party fails to participate
27  as ordered, the party timely submitting the status report shall include
    a declaration explaining why it was unable to obtain the cooperation of
28  the other party or parties.